**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ANGELICA P.,,

                Plaintiff,                21 **CIVIL** 9592 (GRJ)

    -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 6, 2023, Plaintiff is GRANTED judgment on the pleadings and this case is REMANDED for further proceedings consistent with this Decision and Order.

**Dated:** New York, New York

      March 6, 2023

                                                          **RUBY J. KRAJICK**

                                                                    Clerk of Court

                              **BY:**

                                                                      **Deputy Clerk**